UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

December 24, 2013

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12CR00269-KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| LIDA AMIN, | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LIDA AMIN , Case No.  2:12CR00269-KJM

, Charge  18USC § 372, 1952(a)(3) , from custody subject to the conditions contained in the

attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ 750,000.00

           __    Unsecured Appearance Bond

           __    Appearance Bond with 10% Deposit

           __    Appearance Bond with Surety

           __    Corporate Surety Bail Bond

           ✔    (Other)    Pretrial conditions as stated on the record.

The defendant shall be released to the Pretrial Officer on 12/26/2013 @ 10:00 a.m.

Issued at  Sacramento, CA  on  December 24, 2013  at  10:15 am  .

By  /s/ Allison Claire/s/ Allison Claire

Allison Claire
United States Magistrate Judge

Copy 2 - Court