DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95864
Telephone:   (916) 974-3500
Facsimile: (916) 520-3497
E-Mail: dheller@donaldhellerlaw.com

Attorneys for Lida Amin

FILED

JAN 10 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR S 2:13-0269 KJM |
|---|---|
| Plaintiff, | **Stipulation and Order Re:** |
| v. | **Temporary Modifications of Conditions of Release** |
| LIDA AMIN, | |
| Defendant. | |

The defendant is under indictment in the Northern District of Texas, <u>United States v. Lida Amin</u>, et.al. Case 3:13-cr-00417-M and has a court appearance in Dallas, Texas on January 14, 2014. The defendant is on secured release and electronic monitoring. It is hereby stipulated and agreed between the government, by Michael Beckwith, Esq., and the defendant by Donald H. Heller, Esq., attorney for the defendant, that the defendant is hereby authorized to leave California between Sunday, January 12, 2014 and Wednesday, January 15, 2014, to travel to Dallas Texas, for her court appearance and to meet with her Texas, Attorney and then return to Tracy, California her current city of residence.

The defendant shall check in with the U.S. Pretrial Services Office at the Federal Courthouse in Dallas, Texas, 1100 Commerce St., Room 1329, Dallas, TX 75242, Tel. No. 214-753-2500, on Monday, January 13, 2014, and shall fully follow each and every directive of said

Pretrial Services officer during the defendant's stay in Dallas, Texas.

The defendant is to contact her Eastern District of California Pretrial Services officer upon arrival in Dallas, Texas and upon arrival back in California on January 15, 2013. With the exception of this temporary specific modification of release all other conditions of release shall remain in fully force and effect. Upon return to the Eastern District of California, this temporary order of modification shall expire by its terms.

Dated: January 9, 2014

    Donald H. Heller
    A Law Corporation

    /s/ *Donald H. Heller*
    Donald H. Heller
    Attorney for Defendant
    LIDA AMIN

    Michael Beckwith
    Assistant U.S. Attorney
    Attorney for the United States

    /s/ *Michael Beckwith*
    Michael Beckwith

## ORDER

**Good Cause Appearing, it is hereby <u>Ordered</u> that the stipulation as to a temporary modification of defendant's condition of release is fully adopted and shall be the Order of this Court.**

Dated: 1/10/14

    *Dale A. Drozd*
    Hon. Dale Drozd
    United States Magistrate Judge