**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**3638 American River Drive**
**Sacramento, CA  95864**
**Telephone:     (916) 974-3500**
**Facsimile: (916) 520-3497**
**E-Mail: dheller@donaldhellerlaw.com**

**Attorneys for Lida Amin**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIDA AMIN,<br><br>　　　　Defendant. | No.  CR S 2:13-0269 KJM<br><br>**Stipulation and Order Re:**<br><br>**Modifications of Conditions of Release to Enable Defendant To Travel To and From The Eastern District of California to Northern District of Texas and Back for the purpose of Court Appearances and meeting and Conferring with Counsel in Texas David Finn.** |

　　　The defendant is under indictment in the Northern District of Texas, <u>United States v. Lida Amin,</u> et.al. Case 3:13-cr-00417-M and has made a court appearance in Dallas, Texas on January 14, 2014.  The defendant is on secured release and electronic monitoring.  The defendant in preparation for her trial in Dallas scheduled for May 20, 2014, needs to meet with and to confer with her attorney in Dallas, Texas David Finn, Esq. and to make future court appearances in the matter in Dallas Texas.

　　　It is hereby stipulated and agreed between the government, by Michael Beckwith, Esq., and the defendant by Donald H. Heller, Esq., attorney for the defendant, that with prior

1 notification to U.S. Pretrial Services and her Pretrial Services supervising officer, and providing
2 that office with her itinerary and advisement of the same to Assistant U.S. Attorney Michael
3 Beckwith and Defendant's counsel Donald H. Heller, that the defendant be authorized to leave
4 California and travel to Dallas Texas, for meetings with counsel and for any court appearance and
5 then return to Tracy, California her current city of residence without further order of the Court.

6 The defendant upon arrival in Dallas, Texas must check in with the U.S. Pretrial Services
7 Office at the Federal Courthouse in Dallas, Texas, 1100 Commerce St., Room 1329, Dallas, TX
8 75242, Tel. No. 214-753-2500, upon arrival in Dallas, Texas or on the first business day after
9 arrival if she travels on a weekend.  Upon arrival in Dallas, Texas, the defendant shall fully
10 follow each and every directive of said Pretrial Services officer during the defendant's stay in
11 Dallas, Texas.

12 The defendant is to contact her Eastern District of California Pretrial Services officer upon
13 arrival in Dallas, Texas and upon arrival back in California. With the exception of this very
14 specific modification of conditions of release all other conditions of release shall remain in fully
15 force and effect.

16 Dated: April 6, 2014

Donald H. Heller
A Law Corporation

/s/ *Donald H. Heller*
Donald H. Heller
Attorney for Defendant
LIDA AMIN


Michael Beckwith
Assistant U.S. Attorney
Attorney for the United States


*/s/ Michael Beckwith*
Michael Beckwith

**ORDER**

**Good Cause Appearing, it is hereby <u>Ordered</u>** that the stipulation as to modification of defendant's conditions of release is fully adopted and shall be the Order of this Court.

**Dated: April 8, 2014**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE