DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA 95825
Telephone: (916) 974-3500
Facsimile: (916) 520-3497

Attorneys for Defendant
Lida Amin

FILED

SEP 24 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>Lida Amin,<br><br>   Defendant. | Case No. 2:13-cr-269 KJM<br><br>MOTION TO SEAL CONFIDENTIAL CONFIDENTIAL PSYCHLOGICAL REPORT AND [~~PROPOSED~~] ORDER] |
|---|---|

TO: THE UNITED STATES ATTORNEY'S OFFICE AND ASSISTANT U.S. ATTORNEY MICHAEL BECKWITH:

NOTICE IS HEREBY GIVEN that defendant, Lida Amin, Requests to file under seal pursuant to Local Rule 141, Fed. R. Crim. P. 49, 49.1, a document relevant to the Defendant's sentencing that is private and confidential to wit, a Psychological Report prepared by Ms. Elizabeth English by copying Mr. Beckwith with the e-mail submitted to Judge Mueller's proposed orders e mail box listed on the Court's website in accordance with Local Rule 141(b). U.S. Probation Officer Shannon Morehouse was provided with a copy of Ms. English's report on August 21, 2014, and incorporated portions of the report in the PSR filed with this Court but did

not provide a copy for reasons of confidentiality. The contents of this report directly references psychological and medical matters of the Defendant which provides good cause for the requested sealing order.

                                              DONALD H. HELLER
                                              A Law Corporation

Dated:  September 17, 2014                */s/ Donald H. Heller*
                                              DONALD H. HELLER
                                              Attorney for Defendant

## [PROPOSED] ORDER

This Court has read and considered the confidential submissions e-mailed to this Court's Proposed Orders email box with a copy served on Assistant U.S. Attorney Michael Beckwith. This Court finds that the nature of Report require that said Report be filed under seal and that said Report not be publicly disclosed since the Report directly relate to private personal psychological matters pertaining to the Defendant Lida Amin.

Dated: 9/24/14                                                     /s/
                                                         Kimberly J. Mueller
                                                         United States District Judge