**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**3638 American River Drive**
**Sacramento, CA  95864**
**Telephone:     (916) 974-3500**
**Facsimile: (916) 520-3497**
**E-Mail: dheller@donaldhellerlaw.com**

**Attorneys for Defendant Lida Amin**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>LIDA AMIN AND NABIL AMIN,<br><br>    Defendants. | Case No. 2:13-cr-00269-KJM<br><br>STIPULATION AND [PROPOSED] ORDER TO RELEASE PROPERTIES SECURING THE BOND RELEASING DEFENDANT LIDA AMIN FROM CUSTODY |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Michael Beckwith, counsel for the plaintiff United States of America, and defendant Lida Amin by and through her attorney Donald H. Heller that on December 16, 2014, Magistrate Kendall Newman ordered the release of defendant on a secured bond of $750,000. Two properties were posted to secure the defendant's bond, to wit, property located at 219 Apian Way, Union, California owned by Mr. Nik Meskienyar and Abdul Meskienyar and property located at 630

-1-

 **Stipulation And Proposed Order**                                                   **Case No. 2:13-cr-00269-KJM**
 **To Release Properties Securing**
 **The Bond Releasing Defendant**
 **Lida Amin From Custody**

1  Ginelli, Modesto, California owned by Najla Amin, Shelia Amin and Zobair Amin. [Docket

2  Entry 28].  The Court Docket showed the following entries thereafter:

3  "On December 20, 2014, the Deed of Trust from Shela Amin, Zobar Amin and Najla

4  Amin, 2013-154801. [ROUTED TO THE VAULT] (Mena-Sanchez, L) (Entered:

5  12/20/2013)."[Docket Entry 32].

6  "On December 20, 2014, the Deed of Trust from Niko Abdul Meskienyar and Abdul R.

7  Meskienyar, 2013385715. [ROUTED TO THE VAULT] (Original deed received 1/7/2014 and

8  routed to vault) (Mena-Sanchez, L) Modified on 1/7/2014 (Zignago, K.). (Entered: 12/20/2013)."

9  [Docket Entry 33].

10  On September 24, 2014, defendant Lida Amin was sentenced by the Hon. Kimberly

11  Mueller to a term of 24 months in custody and ordered to self-surrender on December 5, 2014.

12  The defendant Lida Amin self-surrendered to the Bureau of Prisons at the Dublin, California and

13  is in federal custody at the Bureau of Prisons facility in Dublin, California.

14  It is hereby agreed that that the deed of trusts securing the defendant's release be ordered

15  returned to the property owners forthwith as follows:

16  1. The Deed of Trust securing the bond of property located at 219 Apian Way, Union,

17  California owned by Mr. Nik Meskienyar and Abdul Meskienyar  be reconveyed to Mr. Nik

18  Meskienyar and Abdul Meskienyar and the original deed of trust be send to them at 219 Apian

19  Way, Union, CA 94587.

20  2. The Deed of Trust 630 Ginelli, Modesto, California owned by Najla Amin, Shelia

21  Amin and Zobair Amin be reconveyed to them and the original deed of trust be send to them at

22  630 Ginelli, Modesto, CA 95376.

23

24  **[NO FURTHER WRITING ON THIS PAGE]**

25

26

27

-2-

28  **Stipulation And Proposed Order**                                                   Case No. 2:13-cr-00269-KJM
**To Release Properties Securing**
**The Bond Releasing Defendant**
**Lida Amin From Custody**

Dated: March 5, 2015

                BENJAMIN B. WAGNER
                United States Attorney


                */s/ Michael Beckwith*
                Michael Beckwith
                Assistant U.S. Attorney

                */s/ Donald H. Heller*
                Attorney for Defendant
                Lida Amin

## ORDER

**GOOD CAUSE APPEARING** based upon the representations of counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that the Clerk of this Court forthwith hereby release the follow Deeds of Trust securing the release bond of defendant Lida Amin:

1. The Deed of Trust securing the bond of property located at 219 Apian Way, Union, California owned by Mr. Nik Meskienyar and Abdul Meskienyar be reconveyed to Mr. Nik Meskienyar and Abdul Meskienyar and the original deed of trust be send to them at 219 Apian Way, Union, CA 94587.

2. The Deed of Trust 630 Ginelli, Modesto, California owned by Najla Amin, Shelia Amin and Zobair Amin be reconveyed to them and the original deed of trust be send to them at 630 Ginelli, Modesto, CA 95376.

[NO FURTHER WRITING ON THIS PAGE]

-3-

Stipulation And Proposed Order                                     Case No. 2:13-cr-00269-KJM
To Release Properties Securing
The Bond Releasing Defendant
Lida Amin From Custody

**IT IS SO ORDERED.**

Dated:  March 10, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation And Proposed Order
To Release Properties Securing
The Bond Releasing Defendant
Lida Amin From Custody

Case No. 2:13-cr-00269-KJM