IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    vs.<br><br>Lida Amin,<br><br>    Defendant. | Case No. 2:13-cr-269 KJM<br><br>**ORDER ON MOTION OF LIDA AMIN FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
|---|---|

Upon consideration of the unopposed Motion of Lida Amin for Early Termination of Supervised Release and the entire record in this case, and the Court finding under 18 U.S.C. § 3583(e)(1) that early termination is warranted by Ms. Amin's conduct and the interest of justice, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that Ms. Amin's supervised release is terminated, effective immediately.

Dated:  August 11, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE